PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

AO 243 (Rev. 2/95)

| UNITED STATES DISTRICT COURT | District | Southern District of Florida |
|---|---|---|

| Name of Movant | Prisoner No. | Case No. |
|---|---|---|
| NELSON VALDES | 49443-004 | 07-20288-CR-Altonaga |

| Place of Confinement | | |
|---|---|---|
| FCI Fort Dix, New Jersey, 08640 | FILED by _____ D.C. | |

UNITED STATES OF AMERICA   V.   NELSON VALDES

APR 30 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

(name under which convicted)

MOTION

**12-cv-21630-Altonaga/White**

1. Name and location of court which entered the judgment of conviction under attack ___U.S. District Court___

   ___Sourthern District of Florida___

2. Date of judgment of conviction ___September 26, 2007,   Resentenced on APril 12, 2011.___

3. Length of sentence ___110 months, 3 years supervised release___

4. Nature of offense involved (all counts) ___Conspiracy to Defraud the United States, 18 U.S.C.___

   ___Section 371, (count I) and COnspiracy to Commit Health Care Fraud 18 U.S.C.___

   ___Sectionm 1349 (count II).___

5. What was your plea? (Check one)
   (a) Not guilty        XXXXXXX
   (b) Guilty            ☐
   (c) Nolo contendere   ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

   ___N/A___

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury        XXXXXXXXX
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐        No XXXXXXXX

8. Did you appeal from the judgment of conviction?
   Yes XXXXXX   No ☐

cat/div ___2255/510/Dade___
Case # _____
Judge _____ Mag ___White___
Motn lfp _____ Fee pd $ _____
Receipt # _____

(2)

AO 243 (Rev. 2/95)

9.  If you did appeal, answer the following:

    (a) Name of court ___U.S. Court of Appeal for the Eleveth Circuit_____

    (b) Result ____Affirmed_____

    (c) Date of result _____Do not remember_____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes XXXXX    No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court ____To the Same Sentencing Court_____

        (2) Nature of proceeding _____Rule 33 Motion for a New Trial._____

          and a Motion to Vacate pursuant to 2255, which was alater administrative closed

          The Rule 33 motion granted and three counts dismissed, two remined.

        (3) Grounds raised _____
          Perjury testimomy by the Government's witnesses.

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

          Yes XXXX    No ☐

        (5) Result ___Three counts dismissed and resentenced on two other count (1 and 2)____

        (6) Date of result _____April 12, 2011_____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____N/A_____

        (2) Nature of proceeding _____N/A_____

        (3) Grounds raised _____N'A_____

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐          No ☐
                                                N/A
(5) Result _____
                                                N/A
(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.          Yes ☐          No ☐
(2) Second petition, etc.         Yes ☐          No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
                                                N/A
_____
                                                N/A
_____
                                                N/A
_____
                                                N/A
_____
                                                N/A
_____
                                                N/A
_____
                                                N/A
_____
                                                N/A
_____
                                                N/A
_____
                                                N/A
_____
                                                N/A
_____
                                                N/A
_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

   Caution:   If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

   Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A.    Ground one: _INEFFECTIVE ASSISTANCE OF COUNSEL DURING THE RESENTENCE_

_____

Supporting FACTS (state *briefly* without citing cases or law)

**CLAIM (a):** The criminal history computation overrepresented the serious of Movant's criminal history, counsel failed to bring this to the court attention

**CLAIM (b):** The Court erred when sentenced Movant based on Six(6) criminal points oppose to criminal points of Four(4), because the two convictions for which he received two points on each, where mutually realated and ordered to be consolidated as one, and only one arrest transpired.  Therefore, the Court erred in counting them as two separate conviction.

_____

B.    Ground two: _ILLEGAL SENTENCE, INEFFECTIVE ASSISTANCE OF COUNSEL DURING RESENTENCE_

_____

Supporting FACTS (state *briefly* without citing cases or law)  Movant submist that this Court erred when decided to overstep it authority and departed upward the advisory guidelines from the Guidelines Range of 63-78, and imposing a sentence of 110 months based on the Government's unfounded argument related to Movant's Criminal History which were not accurately presented to this Honorable Court and also this Court failure to take into consideration Movant's medical needs and harship he and his family encountered based on the sentence.  He is entitled to receive a resentence after this COurt hear his argument and evidence supporting this Argument and his post conviction rehabilitation.  A hearing would be required.

C.    Ground three: _INEFFECTIVE ASSISTANCE OF COUNSEL, FAILED TO ARGUED HARDSHIP AND POST CONVICTION REHABILITATION DURING THE RESENTENCE HEARING_

Supporting FACTS (state *briefly* without citing cases or law) _Counsel failed to argue to this_ Court his post incarceration rehabilitation and harship, rendering him ineffective as during the fourt years prior to his resentence, Movant has obtained numerous BOP certificate and had mainatained good conduct with Correctional staff and other violent and unconfortable imates.  Counsel should had argued all those factors when argued the factors of § 3553(a).

_____

_____

(5)

AO 243 (Rev. 2/95)

D.   Ground four: COUNSEL RENDERED INEFFECTIVE ASSISTANCE WHEN FAILED TO ARGUE
DOUBLE JEOPARDY.

Supporting FACTS (state *briefly* without citing cases or law)   Movant submits that both of the
convictions for which he was tried and finally sentence (count 1 and 2), amounted to an
unconstitutional violation of the Double Jeopardy clause.  The same basis used to support
the conviction of one count was the same for the other and vise versa.  He was
prejudice on this althoug the sentence were imposed to be concurrently with each other
The guideline adjusted level were enhanced two points just because the other conviction
and therefore, he was prejudiced.  One of the conviction should be vacated to correct
this impermissible error.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

N/A

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐      No XXXXXXX

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing ___ Neil Michael Nameroff
100 Southereast 2nd Street, Ste 3920.  Miami, Florida 33131

(b) At arraignment and plea ___ Same

(c) At trial ___ Same

(d) At sentencing ___ Same

(6)

AO 243 (Rev. 2/95)

(e) On appeal ____ Brenda G. Bryn,  Federal Public Defender's Office.
One East Broward Blvd, Suite 1100.  Fort Lauderdale, Florida 33301

(f) In any post-conviction proceeding ____ Rule 33 motion and Resentence same above
Brenda G. Bryn.

(g) On appeal from any adverse ruling in a post-conviction proceeding ____ N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐          No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐          No ☐

(a) If so, give name and location of court which imposed sentence to be served in the future: ____
N/A

(b) Give date and length of the above sentence: ____
N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐          No ☐          N/A

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

Pro se petitioner
____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

April 22, 2012
____
(Date)

____
Signature of Movant

Nelson Valdes
Reg. No. 49443-004
Federal Correctional institution
FOrt Dix, (Unit 5803)
Post Office Box 2000
Fort Dix, New Jersey 08640